```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 06 B 09226
   MICHAEL A BLOUNT
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5932


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 07/31/2006 and was confirmed 10/04/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors 100.00%.

      The case was dismissed after confirmation 08/29/2007.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                 PAID          PAID
--------------------------------------------------------------------------------
 AMC MORTGAGE SERVICES    CURRENT MORTG           .00              .00            .00
 AMC MORTGAGE SERVICES    MORTGAGE ARRE      23060.63              .00        2497.22
 INTERNAL REVENUE SERVICE PRIORITY           13202.79              .00            .00
 ILLINOIS DEPT OF REVENUE PRIORITY             412.62              .00            .00
 CINGULAR                 UNSEC W/INTER    NOT FILED               .00            .00
 CINGULAR                 UNSEC W/INTER    NOT FILED               .00            .00
 SBC ILLINOIS             UNSEC W/INTER    NOT FILED               .00            .00
 FMBM CREDIT ONE BANK     UNSEC W/INTER    NOT FILED               .00            .00
 CITY OF WINDSOR PROVINCE UNSEC W/INTER        826.25              .00            .00
 CITY OF WINDSOR PROVINCE UNSEC W/INTER    NOT FILED               .00            .00
 NATIONWIDE ACCEPTANCE~   UNSEC W/INTER    NOT FILED               .00            .00
 INTERNAL REVENUE SERVICE UNSEC W/INTER       2801.66              .00            .00
 INTERNAL REVENUE SERVICE SECURED NOT I    26353.61                .00            .00
 ILLINOIS DEPT OF REVENUE SECURED NOT I         .00                .00            .00
 ILLINOIS DEPT OF REVENUE UNSEC W/INTER       107.40               .00            .00
 MARTIN J OHEARN          DEBTOR ATTY        2,000.00                         2,000.00
 TOM VAUGHN               TRUSTEE                                               278.78
 DEBTOR REFUND            REFUND                                                    .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
 TRUSTEE               4,776.00

 PRIORITY                                            .00
 SECURED                                         2,497.22
 UNSECURED                                           .00
 ADMINISTRATIVE                                  2,000.00
 TRUSTEE COMPENSATION                              278.78
 DEBTOR REFUND                                       .00
                      ---------------        ---------------

               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 09226 MICHAEL A BLOUNT
```

```
TOTALS                              4,776.00              4,776.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/05/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```